UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RONALD K. MORRIS,**

    Petitioner,

v.                                              Case No.: 3:14cv12/MCR/EMT

**MICHAEL D. CREWS,**

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 3, 2014 (doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed and mail sent to Petitioner was returned as undeliverable.[1]

    Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    The Petition for Writ of Habeas Corpus (doc. 1) is **DISMISSED as moot**.

    3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 3rd day of July, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Petitioner was released from incarceration on March 1, 2014.